# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WMCV PHASE 3, LLC, etc., <br><br>             Plaintiff, <br><br> vs. <br><br> SHUSHOK & MCCOY, INC., etc., *et al.*, <br><br>             Defendant. | 2:10-cv-661-GMN-RJJ <br><br><br> **ORDER** |

IT IS HEREBY ORDERED that the parties shall file joint Interim Discovery Status Reports on December 22, 2010, and February 21, 2011.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

1. Shall identify the discovery that has been completed;
2. Shall identify the discovery that remains outstanding;
3. Shall identify any pending discovery motions; and,
4. Shall detail all attempts to settle the case.

DATED this __26th__ day of October, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge