1   JOSHUA M. DICKEY
Nevada Bar No. 6621
2   BRANDON P. KEMBLE
Nevada Bar No. 11175
3   BAILEY❖KENNEDY
8984 Spanish Ridge Avenue
4   Las Vegas, Nevada 89148
(702) 562-8820  Telephone
5   (702) 562-8821  Facsimile

6   Attorneys for Defendants
Shushok & McCoy, Inc., Matthew J. Travis,
7   Matt Turner and Richard Birdwell

8

UNITED STATES DISTRICT COURT

9

DISTRICT OF NEVADA

10

11   WMCV PHASE 3, LLC, a Delaware limited   )   Case No.  2:10-CV-00661-GMN-RJJ
liability company,                       )
12                                        )
Plaintiff,               )
13                                        )
vs.                              )
14                                        )
SHUSHOK & MCCOY, INC., a Texas           )
15   corporation; MATTHEW J. TRAVIS, an       )
individual; MATT TURNER, an individual;  )   **BAILEY❖KENNEDY'S**
16   RICHARD BIRDWELL, an individual;         )   **EMERGENCY MOTION TO**
GLOBAL ACCENTS, INC., a California       )   **WITHDRAW AS COUNSEL FOR**
17   corporation; COUTURE INTERNATIONAL,      )   **SHUSHOK & McCOY, INC.,**
INC., a Quebec corporation; DOES I through )   **MATTHEW J. TRAVIS, MATT**
18   X, inclusive; ROE ENTITIES I through X,  )   **TURNER, AND RICHARD**
inclusive,                               )   **BIRDWELL**
19                                        )
Defendants.              )
20   _____     )
GLOBAL ACCENTS, INC.,                    )
21                                        )
Counterclaimants,        )
22                                        )
vs.                              )
23                                        )
WMCV PHASE 3, LLC, a Delaware limited    )
24   liability company,                       )
                                         )
25   Counterdefendants.       )
_____     )
26   GLOBAL ACCENTS, INC.,                    )
                                         )
27   Crossclaimants,          )
                                         )
28   vs.                              )
                                         )
SHUSHOK & MCCOY. INC.. a Texas           )

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148
PHONE (702) 562-8820
FAX (702) 562-8821

1   corporation; MATTHEW J. TRAVIS, an     )
individual; MATT TURNER, an individual;  )

2   and RICHARD BIRDWELL, an individual,   )
   )

3   _____ Crossdefendants. ___ )

4

5        Bailey❖Kennedy, counsel of record for Defendants Shushok & McCoy, Inc., Matthew J.

6 Travis, Matt Turner, and Richard Birdwell ("Shushok Defendants"), moves this Court for leave

7 to withdraw as counsel for the Shushok Defendants pursuant to LR IA 10-6(b).  This emergency

8 motion is supported by the Declaration of Brandon P. Kemble, attached as Exhibit A, and the

9 following Memorandum of Points and Authorities.

        DATED this 16th day of March, 2011.

10

11                               BAILEY❖KENNEDY

12                       By: /s/ Brandon P. Kemble
                           JOSHUA M. DICKEY (NSB 6621)

13                           BRANDON P. KEMBLE (NSB 11175)
                           8984 Spanish Ridge Avenue

14                           Las Vegas, Nevada 89148

15                         *Attorneys for Defendants*

16

17      **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
BAILEY❖KENNEDY'S EMERGENCY MOTION FOR LEAVE TO WITHDRAW
AS COUNSEL FOR THE SHUSHOK DEFENDANTS**

18

19        Nevada Rule of Professional Conduct 1.16 provides that a lawyer may withdraw from

20 representing a client if "the client fails to substantially fulfill an obligation to the lawyer" and the

21 client "has been given reasonable warning that the lawyer will withdraw unless the obligation is

22 fulfilled."  N.R.P.C. 1.16(b)(5).  Likewise Rule 1.16 provides that an attorney may withdraw if

23 the "representation will result in an unreasonable financial burden on the lawyer."  N.R.P.C

24 1.16(b)(6).

25        Since August 2010, the Shushok Defendants have had a substantial outstanding balance

26 owing to Bailey❖Kennedy.  (Ex. A, at ¶ 2).  On numerous occasions. Bailey❖Kennedy advised

27 the Shushok Defendants'—through their Texas counsel ("Texas Counsel")—of this outstanding

28 balance due, including several recent telephone conversations advising that Bailey❖Kennedy

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148
PHONE (702) 562-8820
FAX (702) 562-8821

Page 2 of 4

could not continue work unless the balance was paid. (*Id.* at ¶ 3.) Nevertheless, the Shushok

Defendants have failed to pay the outstanding bill owed to Bailey❖Kennedy. (*Id.* at ¶ 4.) It is

not anticipated that Bailey❖Kennedy's withdrawal will delay discovery or trial in this case, and

even if so, there is ample time for the parties to file a stipulation or make a motion to extend

discovery if necessary. (*Id.* at ¶ 5.)

      To the best of my knowledge, the Shushok Defendants may be reached through Texas

Counsel or individually as follows:

> Ryan Bigbee, Esq.
> Craig, Terrill, Hale & Grantham, LLP
> 9816 Slide Road, Suite 201
> Lubbock, TX  79424
> Telephone:  (806) 744-3232
> Facsimile:  (806) 744-2211
> E-mail:  rbigbee@cthglawfirm.com

> Shushok & McCoy, Inc.
> 2637 Ira E. Woods, Suite 100
> Grapevine, TX  76051

> Matthew Travis
> 3300 Tori Trail
> Keller, TX  76248

> Richard Birdwell
> 2804 Red Wolf Drive
> Fort Worth, TX  76244

> Matt Turner
> c/o Shushok & McCoy, Inc.
> 2637 Ira E. Woods, Suite 100
> Grapevine, TX  76051

## CONCLUSION

      Based on the Shushok Defendants' inability to pay Bailey❖Kennedy for work performed

on their behalf, Bailey❖Kennedy respectfully requests that its Motion for Leave to Withdraw as

Counsel be granted.

      DATED this 16th day of March, 2011.

> BAILEY❖KENNEDY
>
> By: /s/ Brandon P. Kemble
>     JOSHUA M. DICKEY (NSB 6621)
>     BRANDON P. KEMBLE (NSB 11175)
>     8984 Spanish Ridge Avenue
>     Las Vegas, Nevada 89148
>
>     *Attorneys for Defendants*

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148
PHONE (702) 562-8820
FAX (702) 562-8821

Page 3 of 4

**CERTIFICATE OF SERVICE**

In accordance with Fed. R. Civ. P. 5, I certify that I am an employee of Bailey❖Kennedy and that on the 16th day of March, 2011, a copy of the foregoing BAILEY❖KENNEDY'S EMERGENCY MOTION TO WITHDRAW AS COUNSEL FOR SHUSHOK & MCCOY, INC., MATTHEW J. TRAVIS, MATT TURNER, AND RICHARD BIRDWELL was served on the parties by filing and serving the same using the ECF system and/or by U.S. Mail, postage prepaid, as follows:

Terry A. Coffing, Esq.
Matthew T. Cecil, Esq.
MARQUIS & AURBACH
10001 Park Run Drive
Las Vegas, NV 89145
*Attorneys for Plaintiff*

Gary E. Schnitzer, Esq.
Michael B. Lee, Esq.
KRAVITZ, SCHNITZER SLOANE,
  & JOHNSON, CHTD.
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
*Attorneys for Defendant*
*Global Accents, Inc.*

Ryan Bigbee, Esq.
Craig, Terrill, Hale & Grantham, LLP
9816 Slide Road, Suite 201
Lubbock, TX  79424
*Attorneys for Defendants*
*Shushok & McCoy, Inc., Matthew J. Travis,*
*Matt Turner, and Richard Birdwell*

Shushok & McCoy, Inc.
2637 Ira E. Woods, Suite 100
Grapevine, TX  76051

Matthew Travis
3300 Tori Trail
Keller, TX  76248

Richard Birdwell
2804 Red Wolf Drive
Fort Worth, TX  76244

Matt Turner
c/o Shushok & McCoy, Inc.
2637 Ira E. Woods, Suite 100
Grapevine, TX  76051

/s/Cheryl Snider
Cheryl Snider, an Employee of
BAILEY❖KENNEDY

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148
PHONE (702) 562-8820
FAX (702) 562-8821

# EXHIBIT A

# EXHIBIT A

**DECLARATION OF BRANDON P. KEMBLE IN SUPPORT OF
BAILEY❖KENNEDY'S MOTION FOR LEAVE TO WITHDRAW
AS COUNSEL FOR DEFENDANTS SHUSHOK & MCCOY, INC.,
MATTHEW J. TRAVIS, MATT TURNER, AND RICHARD BIRDWELL**

I, Brandon P. Kemble, declare as follows:

1.      I am an attorney with the law firm Bailey❖Kennedy, counsel of record for Defendants Shushok & McCoy, Inc., Matthew J. Travis, Matt Turner, and Richard Birdwell ("Shushok Defendants") in *WMCV Phase 3, LLC v. Shushok & McCoy, Inc. et al.*, Case No. 2:10-CV-00661-GMN-RJJ, pending before this Court.

2.      Since August 2010, the Shushok Defendants have had a substantial outstanding balance owing to Bailey❖Kennedy.

3.      On numerous occasions. Bailey❖Kennedy advised the Shushok Defendants'— through their Texas counsel ("Texas Counsel")—of this outstanding balance due, including several recent telephone conversations advising that Bailey❖Kennedy could not continue work unless the balance was paid.

4.      Nevertheless, the Shushok Defendants have failed to pay the outstanding bill owed to Bailey❖Kennedy.

5.      It is not anticipated that Bailey❖Kennedy's withdrawal will delay discovery or trial in this case, and even if so, there is ample time for the parties to file a stipulation or make a motion to extend discovery if necessary.

/s/Brandon P. Kemble
BRANDON P. KEMBLE

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148
PHONE (702) 562-8820
FAX (702) 562-8821