1  JOSHUA M. DICKEY
   Nevada Bar No. 6621
2  BRANDON P. KEMBLE
   Nevada Bar No. 11175
3  BAILEY❖KENNEDY
   8984 Spanish Ridge Avenue
4  Las Vegas, Nevada  89148
   (702) 562-8820  Telephone
5  (702) 562-8821  Facsimile

6  Attorneys for Defendants
   Shushok & McCoy, Inc., Matthew J. Travis,
7  Matt Turner and Richard Birdwell

8

## UNITED STATES DISTRICT COURT

9

### DISTRICT OF NEVADA

10

| | |
|---|---|
| 11  WMCV PHASE 3, LLC, a Delaware limited liability company, | Case No.  2:10-CV-00661-GMN-RJJ |
| 12                         Plaintiff, | |
| 13       vs. | |
| 14  SHUSHOK & MCCOY, INC., a Texas corporation; MATTHEW J. TRAVIS, an individual; MATT TURNER, an individual; RICHARD BIRDWELL, an individual; GLOBAL ACCENTS, INC., a California corporation; COUTURE INTERNATIONAL, INC., a Quebec corporation; DOES I through X, inclusive; ROE ENTITIES I through X, inclusive, | **PROOF OF COMPLIANCE OF SERVICE OF BAILEY KENNEDY'S MOTION TO WITHDRAW AND ORDER ON DEFENDANTS SHUSHOK & McCOY, INC., MATTHEW J. TRAVIS, MATT TURNER AND RICHARD BIRDWELL BY CERTIFIED, RETURN RECEIPT REQUESTED MAIL** |
| 19                         Defendants. | |
| 20  GLOBAL ACCENTS, INC., | |
| 21                         Counterclaimants, | |
| 22       vs. | |
| 23  WMCV PHASE 3, LLC, a Delaware limited liability company, | |
| 24                         Counterdefendants. | |
| 25 | |
| 26  GLOBAL ACCENTS, INC., | |
| 27                         Crossclaimants, | |
| 28       vs. | |
|     SHUSHOK & MCCOY. INC.. a Texas | |

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148
PHONE (702) 562-8820
FAX (702) 562-8821

Page 1 of 3

corporation; MATTHEW J. TRAVIS, an individual; MATT TURNER, an individual; and RICHARD BIRDWELL, an individual,

                Crossdefendants.

    Pursuant to the Court's Order filed April 6, 2011, please see attached copies of certified, return receipt requested receipts with the United States Postal Service date stamped, and copies of PS Forms 3811 mailed to Shushok & McCoy, Inc., Matt Turner, Matthew Travis, Richard Birdwell, and Ryan Bigbee, their Texas counsel, on April 15, 2011, enclosing a copy of Bailey Kennedy's Motion to Withdraw and the Court's April 6, 2011 Order. The executed PS Forms 3811 ("PS Form(s)") confirming delivery were received on April 25, 2011, with the exception of a PS form for Plaintiff Richard Birdwell.

    Copies of the Motion and Order were sent to the following addresses:

| | |
|---|---|
| Ryan Bigbee, Esq.<br>Craig, Terrill, Hale & Grantham, LLP<br>1500 Broadway, Ste. 400<br>Lubbock, TX 79401 | Matt Turner<br>c/o Shushok & McCoy, Inc.<br>2637 Ira E. Woods, Suite 100<br>Grapevine, TX 76051 |
| Matthew Travis<br>3300 Tori Trail<br>Keller, TX 76248 | Richard Birdwell<br>2804 Red Wolf Drive<br>Fort Worth, TX 76244 |
| Shushok & McCoy, Inc.<br>2637 Ira E. Woods, Suite 100<br>Grapevine, TX 76051 | |

DATED this 25th day of April, 2011.

                BAILEY❖KENNEDY

                By: /s/ Brandon P. Kemble
                    JOSHUA M. DICKEY (NSB 6621)
                    BRANDON P. KEMBLE (NSB 11175)
                    8984 Spanish Ridge Avenue
                    Las Vegas, Nevada 89148

                *Attorneys for Defendants*
                Shushok & McCoy, Inc., Matthew J.
                Travis, Matt Turner and Richard
                Birdwell

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148
PHONE (702) 562-8820
FAX (702) 562-8821

Page 2 of 3

## CERTIFICATE OF SERVICE

In accordance with Fed. R. Civ. P. 5, I certify that I am an employee of Bailey❖Kennedy and that on the 25th day of April, 2011, a copy of the foregoing PROOF OF COMPLIANCE OF SERVICE OF BAILEY KENNEDY'S MOTION TO WITHDRAW AND ORDER ON DEFENDANTS SHUSHOK & McCOY, INC., MATTHEW J. TRAVIS, MATT TURNER AND RICHARD BIRDWELL BY CERTIFIED, RETURN RECEIPT REQUESTED MAIL was served on the parties by filing and serving the same using the ECF system and/or by U.S. Mail, postage prepaid, as follows:

| | |
|---|---|
| Terry A. Coffing, Esq.<br>Matthew T. Cecil, Esq.<br>MARQUIS & AURBACH<br>10001 Park Run Drive<br>Las Vegas, NV 89145<br><br>Attorneys for Plaintiff | Gary E. Schnitzer, Esq.<br>Michael B. Lee, Esq.<br>KRAVITZ, SCHNITZER SLOANE,<br>& JOHNSON, CHTD.<br>8985 S. Eastern Avenue, Suite 200<br>Las Vegas, Nevada 89123<br><br>Attorneys for Defendant<br>Global Accents, Inc. |

/s/Cheryl Snider
Cheryl Snider, an Employee of
BAILEY❖KENNEDY

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148
PHONE (702) 562-8820
FAX (702) 562-8821

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ | 1.22 |
| Certified Fee | | 2.80 |
| Return Receipt Fee (Endorsement Required) | | 2.30 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total | | 6.32 |

Postmark Here — Mini Mart City, Las Vegas

Sent To: Shushok & McCoy, Inc.
Street or PO: 2637 Ira E. Woods, Suite 100
City: Grapevine, TX 76051

7009 2250 0002 1798 2387

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Shushok & McCoy, Inc.
2637 Ira E. Woods, Suite 100
Grapevine, TX 76051

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery 4/10/11

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7009 2250 0002 1798 2387

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ryan Bigbee, Esq.
Craig Terrill Hale & Grantham, LLP
9816 Slide Road, Ste. 201
Lubbock, TX 79424

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Tmt Renteric   C. Date of Delivery: 4/18/11

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7009 2250 0002 1798 2356

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

Postage  $  1.22
Certified Fee  2.80
Return Receipt Fee (Endorsement Required)  2.3
Restricted Delivery Fee (Endorsement Required)
Total  6.32

Sent To: Ryan Bigbee, Esq.
Street, or PO: Craig Terrill Hale & Grantham, LLP
             9816 Slide Road, Ste. 201
City, St: Lubbock, TX 79424

[Postmark: APR 15 20.. Las Vegas NV]

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Matt Turner
c/o Shushok & McCoy, Inc.
2637 Ira E. Woods, Suite 100
Grapevine, TX 76051

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)
7009 2250 0002 1798 2349

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

| | |
|---|---|
| Postage | $ 1.22 |
| Certified Fee | 2.80 |
| Return Receipt Fee (Endorsement Required) | 2.30 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.32 |

Sent To: Matt Turner
Street, or PO: c/o Shushok & McCoy, Inc.
          2637 Ira E. Woods, Suite 100
City, St: Grapevine, TX 76051

7009 2250 0002 1798 2349

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Matthew Travis
3300 Tori Trail
Keller, TX 76248

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Norma Peterson

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)

7009 2250 0002 1798 2370

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

Postage        $  1.22
Certified Fee     2.80      Postmark Here
Return Receipt Fee  2.30    Las Vegas  APR 15
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees  $ 6.32

To: Matthew Travis
Street: 3300 Tori Trail
City: Keller, TX 76248

7009 2250 0002 1798 2370

PS Form 3800, August 2006   See Reverse for Instructions

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 1.22 |
| Certified Fee | | 2.80 |
| Return Receipt Fee (Endorsement Required) | | 2.30 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total | | 6.32 |

Sent: Richard Birdwell
Street or PO: 2804 Red Wolf Drive
City: Fort Worth, TX 76244

7009 2250 0002 1798 2363

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Richard Birdwell
2804 Red Wolf Drive
Fort Worth, TX 76244

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7009 2250 0002 1798 2363

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540