UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| WMCV PHASE 3, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 2:10-cv-00661-GMN-RJJ |
| vs. | ) | |
| | ) | **ORDER** |
| SHUSHOK & MCCOY, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On May 19, 2011, Defendant Matthew Travis filed a Notice of Bankruptcy (ECF No. 66). In the one-page attachment to that Notice, the Clerk of the United States Bankruptcy Court for the Northern District of Texas indicated that Defendant Travis was formerly known as Shushok & McCoy, Inc., which is another named Defendant in this action. Accordingly, the Court entered a Minute Order (ECF No. 67) on May 20, 2011 staying the case as to Defendants Matthew Travis and Shushok & McCoy, Inc., but also inviting further briefing if the parties deemed it appropriate.

On May 25, 2011, Plaintiff WMCV Phase 3, LLC filed a Motion to Lift the Stay (ECF No. 68) as to Defendant Shushok & McCoy, Inc. only. Defendant Couture International, Inc. filed a Joinder (ECF No. 70) to that Motion.

Plaintiff WMCV Phase 3, LLC attached to its Motion Plaintiff Travis's full bankruptcy petition. That petition neither claims to be filed on behalf of Defendant Shushok & McCoy, Inc. in any capacity, nor lists Defendant Shushok & McCoy, Inc. as a co-debtor. In light of this, the Court deems it appropriate to lift the stay with regard to Defendant Shushok & McCoy, Inc., as its continued inclusion in this action will not affect the bankruptcy estate at issue in Defendant Travis's Chapter 13 bankruptcy proceeding.

**IT IS HEREBY ORDERED** that Plaintiff WMCV Phase 3, LLC's Motion to Lift Stay (ECF No. 68) is **GRANTED**. The stay is lifted as to Defendant Shushok & McCoy, Inc. only.

DATED this 1st day of June, 2011.

_____
Gloria M. Navarro
United States District Judge