**Marquis & Aurbach**
TERRY A. COFFING, ESQ.
Nevada Bar No. 4949
MATTHEW T. CECIL, ESQ.
Nevada Bar No. 9525
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
tcoffing@marquisaurbach.com
mcecil@marquisaurbach.com
   Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WMCV PHASE 3, LLC, a Delaware limited liability company,<br><br>                Plaintiff,<br><br>   vs.<br><br>SHUSHOK & MCCOY, INC., a Texas corporation; MATTHEW J. TRAVIS, an individual; MATT TURNER, an individual; RICHARD BIRDWELL, an individual; GLOBAL ACCENTS, INC., a California corporation; COUTURE INTERNATIONAL, INC., a Quebec corporation; DOES I through X, inclusive; ROE ENTITIES I through X, inclusive,<br><br>                Defendants. | Case No.:   2:10-cv-00661-GMN-RJJ |

### ANSWER TO COUTURE INTERNATIONAL, INC.'S COUNTERCLAIM

Plaintiff, WMCV PHASE 3, LLC (hereinafter "Counter-Defendant"), by and through its attorneys of record, the law firm of Marquis Aurbach Coffing, hereby responds to Counterclaimant, Couture International, Inc.'s Counterclaim as follows:

1. With respect to Paragraph 1 of the Counterclaim, Counter-Defendant admits that: (1) WMCV began leasing space to Couture International, Inc. in May 2007; (2) in August 2008 Couture International, Inc. failed to pay rent, which resulted a dispute wherein Couture

M&A:11320-004 1350247_1.DOC 6/21/2011 10:54 AM

1   International, Inc. was evicted in 2008; and (3) since the eviction WMCV has leased additional space to Couture International, Inc.  Counter-Defendant denies each and every remaining factual allegation contained Paragraph 1 of the Counterclaim.

2. With respect to Paragraphs 2, 14, 15, 16, 18, 19, 20, 21, 22, 26, 27, 28, 31, 32, 33, and 37 in the Counterclaim, Counter-Defendant denies each and every allegation contained therein.

3. With respect to Paragraphs 3, 24, 25, 30, and 35 in the Counterclaim, Counter-Defendant states those Paragraphs are Statements of Law, which do not require an admission or denial, and to the extent they contain any factual allegations, Counter-Defendant denies each and every allegation contained therein.

4. With respect to Paragraphs 4, 11, 12, and 13 in the Counterclaim, Counter-Defendant states that it does not have sufficient knowledge or information upon which to base a belief as to the truth or falsisity of the allegations contained therein and upon set grounds denies each and every allegation contained therein.

5. With respect to Paragraphs 5, 6, 7, 9, 10, and 36 in the Counterclaim, Counter-Defendant admits each and every allegation contained therein.

6. With respect to Paragraph 8 of the Counterclaim, Counter-Defendant admits that Couture International, Inc. failed to pay rent in August 2008, which resulted in a dispute between Couture International, Inc. and Counter-Defendant.

7. With respect to *the first* Paragraph 17 of the Counterclaim, Counter-Defendant admits that Couture International, Inc. has had additional business relationships with Counter-Defendant and has rented space from Counter-Defendant since being evicted and denies each and every other factual allegation contained therein.

8. With respect to *the second* Paragraph 17 of the Counterclaim, Counter-Defendant repeats and realleges its responses to Paragraphs 1 through the first Paragraph 17 in the Counterclaim.

9. With respect to Paragraph 23 of the Counterclaim, Counter-Defendants repeats and realleges its responses to Paragraphs 1 through 22 of the Counterclaim.

M&A:11320-004 1350247_1.DOC 6/21/2011 10:54 AM

MARQUIS & AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

10. With respect to Paragraph 29 of the Counterclaim, Counter-Defendant repeats and realleges its responses to Paragraphs 1 through 28 of the Counterclaim.

11. With respect to Paragraph 34 of the Counterclaim, Counter-Defendant repeats and realleges its responses to Paragraphs 1 through 33 of the Counterclaim.

12. Any other factual allegation in the Counterclaim not specifically addressed herein is denied.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

Counter-Defendant is not a party to the contract and, accordingly, is not in breach of contract.

### Second Affirmative Defense

The claim for breach of contract is barred as a result of the Counterclaimant's failure to satisfy conditions precedent.

### Third Affirmative Defense

Counter-Defendant did not have knowledge of any valid contract between Counterclaimant and Counter-Defendant.

### Fourth Affirmative Defense

The contract upon which Counterclaimant bases its claims is void for lack of consideration.

### Fifth Affirmative Defense

The contract upon which Counterclaimant's claims are based is not a valid contract between Counter-Defendant and Counterclaimant.

### Sixth Affirmative Defense

Counter-Defendant acted in and dealt in good faith with Counterclaimant.

### Seventh Affirmative Defense

Counterclaimant knew or should have that the contract upon which its claims are based was not between Counterclaimant and Counter-Defendant.

M&A:11320-004 1350247_1.DOC 6/21/2011 10:54 AM

### Eighth Affirmative Defense

Counter-Defendant made no representations of material fact to Counterclaimant which Counter-Defendant knew or believed to be false.

### Ninth Affirmative Defense

Counter-Defendant had no intent to defraud Counterclaimant.

### Tenth Affirmative Defense

Counter-Defendant failed to state a claim upon which relief may be granted.

### Eleventh Affirmative Defense

Pursuant to Federal Rule of Civil Procedure 11 all possible affirmative defenses may not have been alleged herein as sufficient facts were not available for responding party after reasonable inquiry upon the filing of answering Counter-Defendant's Answer to Counterclaimant's Counterclaim, and therefore Counter-Defendant reserves the right to amend its Answer to allege additional affirmative defenses, if subsequent investigation so warrants.

WHEREFORE, Counter-Defendant requests relief and a prayer for Judgment against Counterclaimant as follows:

1. That Counterclaimant take nothing by virtue of its Counterclaim;

2. For Counterclaimant's claims against Counter-Defendant to be dismissed with prejudice;

3. For attorney fees and costs incurred herein; and

4. For such other and further relief as the Court deems just, equitable and proper.

Dated this 21st day of June, 2011.

MARQUIS & AURBACH

By /s/
Terry A. Coffing, Esq.
Nevada Bar No. 4949
Matthew T. Cecil, Esq.
Nevada Bar No. 9525
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Plaintiff/Counter-Defendant

M&A:11320-004 1350247_1.DOC 6/21/2011 10:54 AM

# CERTIFICATE OF SERVICE

In accordance with Fed. R. Civ. P. 5, I hereby certify that on the 21st day of June, 2011, I served a copy of the foregoing **ANSWER TO COUTURE INTERNATIONAL, INC.'S COUNTERCLAIM,** upon each of the parties via CM-ECF filing:

Gary E. Schnitzer, Esq.
Michael B. Lee, Esq.
KRAVITZ SCHNITZER SLOANE & JOHNSON CHTD.
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Attorneys for Defendant Global Accents

Matthew Travis
3300 Tori Trail
Keller, TX 76248

Christopher Jorgensen, Esq.
Lewis and Roca LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
Attorneys for Defendant Couture International

Shushok & McCoy, Inc.
2637 Ira E. Woods, Suite 100
Grapevine, TX 76051

Matt Turner
c/o Shushok & McCoy, Inc.
2637 Ira E. Woods, Suite 100
Grapevine, TX 76051

Richard Birdwell
2804 Red Wolf Drive
Fort Worth, TX 76244

Additionally, I hereby certify that on the 21st day of June, 2011, I served a copy of the foregoing **ANSWER TO COUTURE INTERNATIONAL, INC.'S COUNTERCLAIM** upon the following PRO SE parties by depositing a copy of the same in a sealed envelope in the United States Mail, Las Vegas, Nevada, First-Class Postage fully prepaid, and addressed to:

Matt Turner
c/o Shushok & McCoy, Inc.
2637 Ira E. Woods, Suite 100
Grapevine, TX 76051

Matthew Travis
3300 Tori Trail
Keller, TX 76248

Shushok & McCoy, Inc.
2637 Ira E. Woods, Suite 100
Grapevine, TX 76051

Richard Birdwell
2804 Red Wolf Drive
Fort Worth, TX 76244

and that there is a regular communication by mail between the place of mailing and the places so addressed.

_/s/ Mary Jo Wrenee_
An employee of Marquis & Aurbach

Page 5 of 5

M&A:11320-004 1350247_1.DOC 6/21/2011 10:54 AM

MARQUIS & AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816