# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| WMCV PHASE 3, LLC, a Delaware limited liability company, | CASE NO.: 2-10-cv-00661-GMN-RJJ |
| Plaintiff(s), | |
| vs. | |
| SHUSHOK & MCCOY, INC., a Texas corporation; MATTHEW J. TRAVIS, an individual; MATT TURNER, an individual; et al. Defendant(s). | |

## SUBSTITUTION OF ATTORNEY

Couture International, Inc. (Deft/Counterclaimant/Cross-Claimant ~~Plaintiff/Defendant~~) hereby substitutes
(Name of Party)

William R. Urga, Esq. of Jolley Urga Wirth Woodbury & Standish
(New Attorney)

3800 Howard Hughes Pkwy., Suite 1600, Las Vegas, NV 89169

(Address): _____

(Telephone): (702) 699-7500 , as attorney of record in place and

stead of: J. Christopher Jorgensen, Esq./Meng Zhong, Esq.
Lewis & Roca LLP
(Present Attorney)

DATED: 07/07/2011          _____
                           (Signature of Party)

I consent to the above substitution.

DATED: July 7, 2011        _____
                           (Signature of Present Attorney)

...
...
...

1

6/95

1 | I am duly admitted to practice in this District.
2 | Above substitution accepted.
3 | DATED: 7/7/11            _____
                              (Signature of New Attorney)
4 |                          WILLIAM R. URGA, ESQ.

5 | Please check one: _X_ RETAINED, or ____ APPOINTED BY THE COURT

7 |                          APPROVED:

9 | DATED: _____
10|                          UNITED STATES DISTRICT JUDGE

6/95

## CERTIFICATE OF SERVICE

This will hereby certify that I am employed in the County of Clark, State of Nevada, am over the age of 18 years, and not a party to this action. My business address is that of Jolley Urga Wirth Woodbury & Standish, 3800 Howard Hughes Parkway, Suite 1600, Las Vegas, Nevada 89169.

This is to certify that on July __11__, 2011, I electronically filed the **SUBSTITUTION OF ATTORNEY** with the Clerk of Court using the CM/ECF system, which will cause the document to be served upon the following counsel of record:

Terry A. Coffing, Esq.
Matthew T. Cecile, Esq.
Marquis & Aurbach
10001 Park Run Drive
Las Vegas, Nevada  89145
Email: tcoffing@marquisaurbach.com
Email: mcecil@marquisaurbach.com
Attorneys for Plaintiff/Counterdefendant

Gary E. Schnitzer, Esq.
Michael D. Lee, Esq.
Kravitz, Schnitzer, Sloane Johnson & Eberhardy
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada  89123
Email: gschnitzer@kksattorneys.com
Email: mlee@kssattorneys.com
Attorneys for Defendant Global Accents, Inc.

J. Christopher Jorgensen, Esq.
Meng Zhong, Esq.
Lewis & Roca LLP
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, Nevada 89169
Email: cjorgensen@lrlaw.com
Email: mzhong@lrlaw.com

In addition to the electronic filing referenced above, I also served the **SUBSTITUTION OF ATTORNEYS** on the following parties in said action or proceeding by placing a true copy thereof enclosed in a sealed envelope, both regular U.S. Mail and Certified Mail, Return Receipt Requested, addressed as follows:

K:\WRU\Couture Intl 11243\02000 WMCV\Pleadings\COM.wpd

| | |
|---|---|
| Shushok & McCoy, Inc.<br>2637 Ira E. Woods, Suite 100<br>Grapevine, Texas 76051<br>Defendant/Cross-Defendant *pro se* | Matt Turner<br>c/o Shushok & McCoy, Inc.<br>2637 Ira E. Woods, Suite 100<br>Grapevine, Texas 76051<br>Defendant/Cross-Defendant *pro se* |
| Richard Birdwell<br>2804 Red Wolf Drive<br>Fort Worth, Texas 76244<br>Defendant/Cross-Defendant *pro se* | Ryan Bigbee, Esq.<br>Craig, Terrill, Hale & Grantham, LLP<br>9816 Slide Road, Suite 201<br>Lubbock, Texas 79424 |

and placing the envelopes in the mail bin at the firm's office.

I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it is deposited with the U.S. Postal Service on the same day it is placed in the mail bin, with postage thereon fully prepaid at Las Vegas, Nevada, in the ordinary course of business.

I certify under penalty of perjury that the foregoing is true and correct, and that this Certificate of Service was executed by me on July 11, 2011 at Las Vegas, Nevada.

*/s/ Linda Schone*
An Employee of JOLLEY URGA WIRTH
WOODBURY & STANDISH