Marquis Aurbach Coffing
TERRY A. COFFING, ESQ.
Nevada Bar No. 4949
MATTHEW T. CECIL, ESQ.
Nevada Bar No. 9525
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
tcoffing@maclaw.com
mcecil@maclaw.com
  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WMCV PHASE 3, LLC, a Delaware limited liability company,<br><br>                      Plaintiff,<br><br>vs.<br><br>SHUSHOK & MCCOY, INC., a Texas corporation; MATTHEW J. TRAVIS, an individual; MATT TURNER, an individual; RICHARD BIRDWELL, an individual; GLOBAL ACCENTS, INC., a California corporation; COUTURE INTERNATIONAL, INC., a Quebec corporation; DOES I through X, inclusive; ROE ENTITIES I through X, inclusive,<br><br>                      Defendants.<br><br>And Related Matters | Case No.:    2:10-cv-00661-GMN-RJJ |

<u>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO RESPOND TO DEFENDANT GLOBAL ACCENTS' MOTION FOR SUMMARY JUDGMENT.**</u>

Pursuant to LR 6-1, Plaintiff WMCV PHASE 3, LLC ("WMCV"), and Defendant Global Accents ("Global"), by and through their respective counsel of record, hereby stipulate that WMCV shall have until and including October 10, 2011, to respond to the Global's Motion for Summary Judgment.

I. **REASON FOR EXTENSION.**

WMCV has pending discovery requests to Global and WMCV has scheduled the deposition of Global's Rule 30(b)(6) witness for September 26, 2011. This stipulation and order allows WMCV to complete the discovery which WMCV feels is relevant and necessary to oppose the Motion for Summary Judgment. This stipulation is entered into in good faith and not for purposes of delay.

Dated this 8th day of September, 2011.

| MARQUIS & AURBACH | KRAVITZ, SCHNITZER, SLOANE & JOHNSON, CHTD. |
|---|---|
| By: /s/ Matthew T. Cecil, Esq. | By: /s/ Michael B. Lee, Esq. |
| Terry A. Coffing, Esq. | Gary E. Schnitzer, Esq. |
| Nevada Bar No. 4949 | Nevada Bar No. 395 |
| Matthew T. Cecil, Esq. | Michael B. Lee, Esq. |
| Nevada Bar No. 10205 | Nevada Bar No. 10122 |
| 10001 Park Run Drive | 8985 S. Eastern Avenue, Suite 200 |
| Las Vegas, Nevada 89145 | Las Vegas, Nevada 89123 |
| Attorneys for WMCV Phase 3, Inc. | Attorneys for Global Accents, Inc. |

**IT IS SO ORDERED**

By_____
UNITED STATES DISTRICT COURT JUDGE

Dated: _____