GARY E. SCHNITZER, ESQ. (NSB 395)
KRAVITZ, SCHNITZER, SLOANE & JOHNSON, CHTD.
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Tel - 702.222.4182
Fax - 702.362.2203
*Attorneys for Global Accents, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WMCV PHASE 3, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>SHUSHOK & MCCOY, INC., a Texas corporation; MATTHEW J. TRAVIS, an individual; MATT TURNER, an individual; RICHARD BIRDWELL, an individual; GLOBAL ACCENTS, INC., a California corporation; COUTURE INTERNATIONAL, INC., a Quebec corporation; DOES I through X, inclusive; ROE ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.:   2:10-CV-00661-GMN-RJJ |

### MOTION TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Local Rule of the United States District Court, Nevada IA 10-6(b), the law firm of Kravitz Schnitzer Sloane & Johnson, Chtd. hereby moves for leave of Court to withdraw as Counsel of Record for Defendant Global Accents ("GLOBAL").

It is made and based on the attached Points and Authorities, any attached exhibits and/or affidavits, and any oral arguments requested at the time of the hearing.

### MEMORANDUM OF POINTS AND AUTHORITIES

1. Nevada Rules of Professional Conduct ("NRPC") 1.16(b) states, "... a lawyer may withdraw from representing a client if: ... (5) The client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled; or (6) The representation will result in an unreasonable financial burden on the lawyer or has been rendered unreasonably difficult by the client. *See* Nev. R. Prof. C. 1.16(b)(5)

1  and (6).

2      2.    Furthermore, counsel "must comply with applicable law requiring notice to or permission of a tribunal when terminating representation." *See* Nev. R. Prof. C. 1.1699(c).

3      3.    Pursuant to LR IA 10-6(b), "[n]o attorney may withdraw after appearing in a case except by leave of court after notice served on the affected client and opposing counsel."

4      4.    Kravitz Schnitzer Sloane & Johnson, Chtd. requests permission to withdraw because the client has not honored the terms of their retainer agreement with the firm. Additionally, this case will require substantial litigation and continuing representation without an adequate retainer would cause an undue financial burden on the firm. Moreover, there has been a substantial breakdown in communication with the clients.

5      5.    No trial date has been set in this case. Therefore, withdrawal of Kravitz Schnitzer Sloane & Johnson, Chtd. can be accomplished without material adverse effect on the interests of Global Accents.

6      6.    The last known address for Global Accents is Global Accents, c/o Danny Partielli, 19808 Normandie Ave., Torrence, CA 90502.

DATED this ___2___ day of November, 2011.

KRAVITZ SCHNITZER SLOANE
& JOHNSON, CHTD.

_____
GARY E. SCHNITZER, ESQ. (NSB 395)
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Tel - 702.222.4182
Fax - 702.362.2203
*Attorneys for Global Accents, Inc.*

# DECLARATION OF GARY E. SCHNITZER
## IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD

I, GARY E. SCHNITZER, under the penalty of perjury, hereby state the following information:

1.  I am an attorney licensed to practice in the State of Nevada. I am a partner in the law firm of Kravitz Schnitzer Sloane & Johnson, Chtd., which represents Global Accents.

2.  This Affidavit is based upon my personal knowledge and I am competent to testify as to the same and would so testify if called as a witness.

3.  Withdrawal is appropriate in this case because the clients have not honored the terms of their retainer agreement with the firm.

4.  This case will require substantial litigation and requiring Kravitz Schnitzer Sloane & Johnson, Chtd. to remain on as counsel of record would cause an undue financial burden on the firm. Moreover, there has been a substantial breakdown in communication with the clients.

5.  The last known address for Global Accents is Global Accents, c/o Danny Partielli, 19808 Normandie Ave., Torrence, CA 90502.

DATED this 2 day of November, 2011.

_____
GARY E. SCHNITZER

# CERTIFICATE OF SERVICE

In accordance with Fed. R. Civ. P. 5, I hereby certify that on the 2nd day of November, 2011, a copy of the foregoing **MOTION TO WITHDRAW AS COUNSEL OF RECORD** was served on the parties via CM-ECF filing:

Terry A. Coffing, Esq.
Matthew Cecil, Esq.
MARQUIS & AURBACH
10001 Park Run Drive
Las Vegas, NV 89145
*Attorneys for Plaintiff*

William Urga, Esq.
Jolley Urga Wirth Woodbury & Sandish
3800 Howard Hughes Pkwy., Suite 1600
Las Vegas, Nevada 89169
*Attorneys for Couture International, Inc*

Terry A. Coffing, Esq.
Matthew T. Cecile, Esq.
Marquis & Aurbach
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for Plaintiff/Counterdefendant*

J. Christopher Jorgensen, Esq.
Meng Zhong, Esq.
Lewis & Roca LLP
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, Nevada 89169

In addition to the electronic filing reference above, I also served the **MOTION TO WITHDRAW AS COUNSEL OF RECORD** on the following parties in said action or proceeding by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Shushok & McCoy, Inc.
2637 Ira W. Woods, Suite 100
Grapevine, Texas 76051
Defendant/Cross-Defendant *pro se*

Matt Turner
c/o Shushok & McCoy, Inc.
2637 Ira E. Woods, Suite 100
Grapevine, Texas 76051
Defendant/Cross-Defendant *pro se*

Richard Birdwell
2804 Red Wolf Drive
Fort Worth, Texas 76244
Defendant/Cross-Defendant *pro se*

Ryan Bigbee, Esq.
Craig, Terrill, Hale & Grantham, LLP
9816 Slide Road, Suite 201
Lubbock, Texas 794924

Danny Partielli
19808 Normandie Ave.
Torrence, CA 90502

_____
An employee of KRAVITZ, SCHNITZER, SLOANE & JOHNSON, CHTD.

O:\ges\DATA\Global Accents adv WMCV Phase 3\Pleadings\Motion to Withdraw.wpd