1
2
3
4
5
6
7             UNITED STATES DISTRICT COURT
8                 DISTRICT OF NEVADA
9                      * * *

10  WMCV PHASE 3, LLC, etc.,            )
                                        )
11         Plaintiff,                   )   2:10-cv-0661-GMN-RJJ
                                        )
12  vs.                                 )
                                        )
13  SHUSHOK & MCCOY, INC.,              )   O R D E R
    etc., *et al*.,                     )
14                                      )
           Defendant,                   )
15  _____)

16         This matter was referred to the undersigned Magistrate Judge on a Motion to Withdraw as

17  Counsel of Record for Global Accents, Inc. (#93).

18         The Court having reviewed the Motion (#93) and good cause appearing therefore,

19         IT IS HEREBY ORDERED that a hearing on the Motion to Withdraw as Counsel of

20  Record for Global Accents, Inc. (#93) is scheduled for November 22, 2011, at 2:30 PM in LV

21  Courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. So.,

22  Las Vegas, Nevada.

23         IT IS FURTHER ORDERED that a corporate representative for Defendant Global

24  Accents, Inc. must appear in court for this hearing. There is NO EXCEPTION to this

25  requirement. Failure to appear may result in an order to show cause being issued by the court.

26         IT IS FURTHER ORDERED that counsel for Defendant Global Accents, Inc.  shall

27  personally serve, or serve by certified mail, return receipted requested, a copy of the  motion to

28  withdraw and a copy of this Order on Defendant Global Accents, Inc. Proof of compliance with

1  this service requirement must be filed with the court prior to the scheduled hearing. There is NO
2  EXCEPTION to the service requirement.
3       DATED this __10th__ day of November, 201.

                                                  ROBERT J. JOHNSTON
                                                  United States Magistrate Judge