CLERK, U.S. [DISTRICT COURT]
DISTRICT
LLOYD D. GEORG[E]
333 LAS VEGAS [BLVD]
LAS VEGAS, NV 89101

OFFICIAL BUSINESS

FILED  RECEIVED
ENTERED  SERVED ON

2:10cv661

2012 APR 17 P 3:39

BY_____ DEPUTY

c/o Shushok & McCoy, Inc.
2637 Ira E. Woods
Suite 100
Grapevine, TX 76051

Hasler
Mailed From
US POS[TAGE]
$01[.??]
04/04
016H2[F]

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WMCV PHASE 3, LLC, a Delaware limited liability company, | ) ) ) |
| Plaintiff, | ) Case No.: 2:10-cv-00661-GMN-RJJ |
| vs. | ) ) **ORDER** |
| SHUSHOK & MCCOY, INC., a Texas corporation; MATTHEW J. TRAVIS, an individual; MATT TURNER, an individual; RICHARD BIRDWELL, an individual; GLOBAL ACCENTS, INC., a California corporation; COUTURE INTERNATIONAL, INC., a Quebec corporation; DOES I through X, inclusive; ROE ENTITIES I through X, inclusive, | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

This case arises out of the failure of commercial tenants to pay rent and the fraud committed by the former collection agency employed by Plaintiff WMCV Phase 3, LLC ("Plaintiff"). Defendants have also filed counter- and cross-claims against Plaintiff and against each other. The Defendants can be grouped into three categories: (1) Global Accents; (2) Couture International, Inc. ("Couture"); and (3) the SMI Defendants (Shushok & McCoy, Inc. ("Shushok"), Matthew Travis, Matt Turner, and Richard Birdwell).

Pending before the Court is Global Accents' Motion for Summary Judgment (ECF No. 80), and Plaintiff's Counter Motion for Summary Judgment (ECF No. 95).