2:10CV661-GMN·RJJ

```
U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
```

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

19 APR 2012
Postmark Here

2:10cV 661
ORDER #124

Sent To: MATT TURNER
Street, Apt. No.; or PO Box No.: 46 CIMARRON CT
City, State, ZIP+4: TROPHY CLUB, TX 76262

PS Form 3800, June 2002     See Reverse for Instructions

7005 0390 0005 7333 7354