**Marquis Aurbach Coffing**
TERRY A. COFFING, ESQ.
Nevada Bar No. 4949
Matthew T. Cecil, ESQ.
Nevada Bar No. 9525
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
tcoffing@maclaw.com
crobinson@maclaw.com
    Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WMCV PHASE 3, LLC, a Delaware limited liability company,<br><br>                                  Plaintiff,<br><br>      vs.<br><br>SHUSHOK & MCCOY, INC., a Texas corporation; MATTHEW J. TRAVIS, an individual; MATT TURNER, an individual; RICHARD BIRDWELL, an individual; GLOBAL ACCENTS, INC., a California corporation; COUTURE INTERNATIONAL, INC., a Quebec corporation; DOES I through X, inclusive; ROE ENTITIES I through X, inclusive,<br><br>                                  Defendants. | Case No.:     2:10-cv-00661-GMN-RJJ |

<u>NOTICE OF CHANGE OF SETTLEMENT CONFERENCE</u>

PLEASE TAKE NOTICE that pursuant to the Court's Minute Order (#129) dated May 8, 2012, attached hereto as Exhibit A, the Settlement Conference previously scheduled for May 18,

/ / /

/ / /

/ / /

/ / /

M&A:11320-004 1667081_1 5/9/2012 2:00 PM

2012 is VACATED and **RESCHEDULED for May 24, 2012 at 1:30 p.m.** in ADR Suite before Magistrate Judge Robert J. Johnson.

Dated this 9th day of May, 2012.

MARQUIS AURBACH COFFING

By /s/
Terry A. Coffing, Esq.
Nevada Bar No. 4949
Matthew T. Cecil, Esq.
Nevada Bar No. 9525
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

In accordance with Fed. R. Civ. P. 5, I hereby certify that on the 9th day of May, 2012, I served a copy of the foregoing **NOTICE OF CHANGE OF SETTLEMENT CONFERENCE** upon each of the parties via CM-ECF filing:

William R. Urga, Esq.
FedCt@juww.com
ls@juww.com
*Attorneys for Defendant Couture International*

Michael B. Lee, Esq.
mike@mblnv.com
*Attorneys for Defendant Global Accents, Inc.*

and by depositing a copy of the same in a sealed envelope in the United States Mail, Las Vegas, Nevada, **Certified Mail, Return Receipt Requested**, postage fully prepaid, and addressed to:

Matt Turner
c/o Shushok & McCoy, Inc.
2637 Ira E. Woods, Suite 100
Grapevine, TX 76051

Matt Turner
46 Cimarron Drive
Trophy Club, TX 76262

Richard Birdwell
2804 Red Wolf Drive
Fort Worth, TX 76244

*/s/ Susie Kohler*
Susie Kohler, an employee of
Marquis Aurbach Coffing

M&A:11320-004 1667081_1 5/9/2012 2:00 PM

# EXHIBIT "A"

# EXHIBIT "A"

**Matt T. Cecil**
_____

| From: | cmecf@nvd.uscourts.gov |
| Sent: | Tuesday, May 08, 2012 2:38 PM |
| To: | cmecfhelpdesk@nvd.uscourts.gov |
| Subject: | Activity in Case 2:10-cv-00661-GMN -RJJ WMCV Phase 3, LLC v. Shushok & McCoy, Inc. et al Minute Order Setting Hearing |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

District of Nevada

**Notice of Electronic Filing**

The following transaction was entered on 5/8/2012 at 2:37 PM PDT and filed on 5/8/2012
**Case Name:**     WMCV Phase 3, LLC v. Shushok & McCoy, Inc. et al
**Case Number:**   2:10-cv-00661-GMN -RJJ
**Filer:**
**Document Number:** 129(No document attached)

**Docket Text:**
**MINUTE ORDER IN CHAMBERS of the Honorable Magistrate Judge Robert J. Johnston, on 5/8/2012. By Judicial Assistant: MXS. At the request of Plaintiff's counsel, the Settlement Conference scheduled for 5/18/2012, is VACATED and RESCHEDULED for 5/24/2012, 01:30 PM in ADR Suite before Magistrate Judge Robert J. Johnston. Further ORDERED that Plaintiff's counsel shall serve a copy of this Minute Order on the Defendant Matt Turner by personal service or service by certified mail. Proof of service shall be filed with the Court.(no image attached) (Copies have been distributed pursuant to the NEF - MXS)**


**2:10-cv-00661-GMN -RJJ Notice has been electronically mailed to:**

Terry A. Coffing   tcoffing@marquisaurbach.com, smong@marquisaurbach.com

William R. Urga   FedCt@juww.com, ls@juww.com

Matthew T. Cecil   mcecil@marquisaurbach.com, mforeman@marquisaurbach.com

Michael B. Lee   mike@mblnv.com

Tyler J Watson   twatson@kssattorneys.com, lwilliams@kssattorneys.com

1

**2:10-cv-00661-GMN -RJJ Notice has been delivered by other means to:**

Shushok & McCoy, Inc.
2637 Ira E. Woods
Suite 100
Grapevine, TX 76051

Matt Turner
c/o Shushok & McCoy, Inc.
2637 Ira E. Woods
Suite 100
Grapevine, TX 76051

Matthew J. Travis
3300 Tori Trail
Keller, TX 76248

Richard Birdwell
2804 Red Wolf Drive
Fort Worth, TX 76244

2

Case 2:10-cv-00661-GMN -RJJ   Document 124   Filed 04/19/12   Page 1 of 3

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WMCV PHASE 3, LLC, etc., | ) |
| Plaintiff, | ) 2:10-cv-0661-GMN-RJJ |
| vs. | ) |
| SHUSHOK & MCCOY, INC., etc.; MATT TURNER; *et al.*, | ) ORDER SCHEDULING A SETTLEMENT CONFERENCE |
| Defendants. | ) |

IT IS HEREBY ORDERED that **a settlement conference is scheduled for May 18, 2012, at 8:30 AM**, in the ADR Suite, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. So., Las Vegas, Nevada. Counsel shall check in with Chambers (3d floor, Suite 3005) upon their arrival at the courthouse.

All counsel of record who will be participating in the trial of this case, all parties appearing pro se, if any, and **all individual parties must be present**. **No exceptions are made to this requirement.**

IT IS FURTHER ORDERED that in the case of non-individual parties, counsel shall arrange for a representative, with binding authority to settle this matter up to the full amount of the claim, to be present in Court for the duration of the settlement conference. **No exceptions are made to this requirement.**

IT IS FURTHER ORDERED that if either party is subject to coverage by an insurance

1 carrier, then a representative of the insurance carrier, with authority to settle this matter up to the
2 full amount of the claim, must also be present in Court for the duration of the settlement
3 conference. **No exceptions are made to this requirement.**

**PREPARATION FOR THE SETTLEMENT CONFERENCE**

In preparation for the settlement conference, each party shall submit a confidential written evaluation statement for the Court's *in camera* review. The settlement conference statement shall be concise and shall:

    A. Identify, by name or status, the person(s) with decision-making authority, who, in addition to counsel, will attend the settlement conference as representatives of the party;

    B. Describe briefly the substance of the suit, addressing the party's views on the key liability issues and damages;

    C. Describe the principal evidence upon which your party's claims or defenses are based. State the statutory or other authority upon which you base your claims.

    D. Address whether there are legal or factual issues whose early resolution would reduce significantly the scope of the dispute or contribute to settlement negotiations;

    E. Describe the history and status of settlement negotiations; and,

    F. Include copies of documents, pictures, recordings, etc., out of which the suit arose, or whose availability would materially advance the purposes of the settlement conference, (e.g., medical reports, documents by which special damages might be determined.)

The settlement conference statements shall be delivered to chambers, Room 3005, not later than **May 11, 2012**. **DO NOT DELIVER OR MAIL THEM TO THE CLERK'S OFFICE. DO NOT SERVE A COPY ON OPPOSING COUNSEL**. An original of the settlement conference statement should be in an envelope clearly marked "Confidential, contains Settlement Conference statement".

The purpose of the statement is to assist the Court in preparing for and conducting the settlement conference. In order to facilitate a meaningful conference, your utmost candor in providing the requested information is required. The confidentiality of each statement will be strictly maintained unless a party gives the Court permission to reveal some or all of the

1  information contained with the statement. Following the settlement conference, the statements
2  will be destroyed. If documents are submitted to the Court for review, the party submitting the
3  documents may request their return provided that such a request is made within three court days
4  following the settlement conference. If no such request is timely received by the Court, the
5  documents will be destroyed.
6        IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order on Defendant
7  Matt Turner by certified mail, return receipt requested. Defendant Matt Turner shall be served at
8  the following address:
9      Matt Turner
       46 Cimarron Ct
10     Trophy Club TX 76262
11     DATED this __19th__ day of April, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge

- 3 -