**Marquis Aurbach Coffing**
TERRY A. COFFING, ESQ.
Nevada Bar No. 4949
Matthew T. Cecil, ESQ.
Nevada Bar No. 9525
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
tcoffing@maclaw.com
crobinson@maclaw.com
  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WMCV PHASE 3, LLC, a Delaware limited liability company, | Case No.:   2:10-cv-00661-GMN-RJJ |
| Plaintiff, | |
| vs. | |
| SHUSHOK & MCCOY, INC., a Texas corporation; MATTHEW J. TRAVIS, an individual; MATT TURNER, an individual; RICHARD BIRDWELL, an individual; GLOBAL ACCENTS, INC., a California corporation; COUTURE INTERNATIONAL, INC., a Quebec corporation; DOES I through X, inclusive; ROE ENTITIES I through X, inclusive, | |
| Defendants. | |

**AFFIDAVIT OF MAILING**
**NOTICE OF CHANGE OF SETTLEMENT CONFERENCE**

STATE OF NEVADA    )
                                  ) ss.
COUNTY OF CLARK  )

   Susie Kohler, being first duly sworn, on oath, according to law, deposes and says:

   I am and was, when the herein-described mailing took place, a citizen of the United States, over 18 years of age, and not a party to, nor interested in, the within action.

/ / /

M&A:11320-004 1667197_1 5/9/2012 2:03 PM

1.  On the 9th day of May, 2012, I deposited in the United States Mail, Certified Mail, Return Receipt Requested, at Las Vegas, Nevada, one (1) Notice of Change of Settlement Conference on file in the above-entitled matter enclosed in a sealed envelope, upon which first class certified postage was fully prepaid, addressed to:

91 7199 9991 7031 6061 4116

Matt Turner
c/o Shushok & McCoy, Inc.
2637 Ira E. Woods, Suite 100
Grapevine, TX 76051

91 7199 9991 7031 6061 4109

Matt Turner
46 Cimarron Drive
Trophy Club, TX 76262

91 7199 9991 7031 6061 4093

Richard Birdwell
2804 Red Wolf Drive
Fort Worth, TX 76244

and there is regular communication by mail between the place of mailing and the places so addressed.

_____
Susie Kohler

Subscribed and sworn to before me this 9th day of May, 2012.

_____
Notary Public in and for said
County and State

MICHELLE TUASON
NOTARY PUBLIC STATE OF NEVADA
APPOINTMENT # 10-2229-1
MY COMMISSION EXPIRES MAY 24, 2014

11320-004
MTC/MARY JO

Matt Turner
c/o Shushok & McCoy, Inc.
2637 Ira E. Woods, Suite 100
Grapevine, TX 76051

| Confirmation Services | |
|---|---|
| Package ID: 9171999991703160614116 | E-RET RECEIPT |
| Destination ZIP Code: 76051 | 1STCL REGULAR LETTER |
| Customer Reference: MATT TURNER | |
| Recipient: | PBP Account #: 25375775 |
| Address: | Serial #: 4238661 |
| | MAY 09 2012  5:26P |

11320-004
MTC/MARY JO

Matt Turner
46 Cimarron Drive
Trophy Club, TX 76262

| Confirmation Services | |
|---|---|
| Package ID: | 9171999991703160614109 |
| Destination ZIP Code: | 76262 |
| Customer Reference: | MATT TURNER |
| Recipient: | |
| Address: | |

E-RET RECEIPT
1STCL REGULAR LETTER
PBP Account #: 25375775
Serial #: 42386661
MAY 09 2012  5:26P

11320-004
MTC/MARY JO

Richard Birdwell
2804 Red Wolf Drive
Fort Worth, TX 76244

| Confirmation Services | |
|---|---|
| Package ID: | 9171999991703160614093 |
| Destination ZIP Code: | 76244 |
| Customer Reference: | RICHARD BIRDWE |
| Recipient: | |
| Address: | |
| | 1STCL REGULAR LETTER  E-RET RECEIPT |
| PBP Account #: | 25375775 |
| Serial #: | 42388661 |
| | MAY 09 2012  5:26P |