





11320-004

**MARQUIS AURBACH COFFING**

10001 Park Run Drive • Las Vegas, NV 89145

Matt Turner
c/o Shushok & McCoy, Inc.
2637 Ira E. Woods, Suite 100
Grapevine, [TX]

NIXIE
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 89145885701
*0134-10218-15-23

CERTIFIED MAIL
91 7199 9991 7031 6061 4336

UNITED STATES POSTAGE
PITNEY BOWES
02 1M
0004238661  MAY 09 2012
$ 04.750
MAILED FROM ZIP CODE 89145

**Marquis Aurbach Coffing**
TERRY A. COFFING, ESQ.
Nevada Bar No. 4949
Matthew T. Cecil, ESQ.
Nevada Bar No. 9525
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
tcoffing@maclaw.com
crobinson@maclaw.com
   Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WMCV PHASE 3, LLC, a Delaware limited liability company,<br><br>  Plaintiff,<br><br>  vs.<br><br>SHUSHOK & MCCOY, INC., a Texas corporation; MATTHEW J. TRAVIS, an individual; MATT TURNER, an individual; RICHARD BIRDWELL, an individual; GLOBAL ACCENTS, INC., a California corporation; COUTURE INTERNATIONAL, INC., a Quebec corporation; DOES I through X, inclusive; ROE ENTITIES I through X, inclusive,<br><br>  Defendants. | Case No.:    2:10-cv-00661-GMN-RJJ |

**NOTICE OF CHANGE OF SETTLEMENT CONFERENCE**

PLEASE TAKE NOTICE that pursuant to the Court's Minute Order (#129) dated May 8, 2012, attached hereto as Exhibit A, the Settlement Conference previously scheduled for May 18,

/ / /

/ / /

/ / /

/ / /

Page 1 of 3

M&A:11320-004 1667081_1 5/9/2012 2:00 PM