11320-004

◆◆
◆◆

MARQUIS AURBACH
COFFING

10001 Park Run Drive • Las Vegas, NV 89145

*M T C*

89145@8857

CERTIFIED MAIL

91 7199 9991 7031 6061 4116



UNITED STATES POSTAGE
02 1M
0004238661
MAILED FROM ZIP CODE 89145

$ 04.75⁰
PITNEY BOWES
MAY 09 2012

Matt Turner
c/o Shushok & McCoy, Inc.
2637 Ira E. Woods, Suite 100
Grapevin...

NIXIE

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
*0134-10218-15-23

BC: 89145885701

**Marquis Aurbach Coffing**
TERRY A. COFFING, ESQ.
Nevada Bar No. 4949
Matthew T. Cecil, ESQ.
Nevada Bar No. 9525
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
tcoffing@maclaw.com
crobinson@maclaw.com
   Attorneys for Plaintiff

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

WMCV PHASE 3, LLC, a Delaware limited
liability company,

               Plaintiff,

    vs.

SHUSHOK & MCCOY, INC., a Texas
corporation; MATTHEW J. TRAVIS, an
individual; MATT TURNER, an individual;
RICHARD BIRDWELL, an individual;
GLOBAL ACCENTS, INC., a California
corporation; COUTURE INTERNATIONAL,
INC., a Quebec corporation; DOES I through X,
inclusive; ROE ENTITIES I through X,
inclusive,

               Defendants.

Case No.:    2:10-cv-00661-GMN-RJJ

## NOTICE OF CHANGE OF SETTLEMENT CONFERENCE

       PLEASE TAKE NOTICE that pursuant to the Court's Minute Order (#129) dated May 8,

2012, attached hereto as Exhibit A, the Settlement Conference previously scheduled for May 18,

/ / /

/ / /

/ / /

/ / /

M&A:11320-004 1667081_1 5/9/2012 2:00 PM