UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WMCV PHASE 3, LLC, a Delaware limited liability company,<br><br>             Plaintiff,<br><br>    vs.<br><br>SHUSHOK & MCCOY, INC., et al.,<br><br>             Defendants. | Case No.: 2:10-cv-00661-GMN-RJJ<br><br>**ORDER** |

This matter is before the court on the parties' failure to file a joint pretrial order as required by LR 26-1(e)(5).  The Discovery Plan and Scheduling Order (ECF No. 71) entered June 1, 2011 required the parties to file a joint pretrial order 30 days from the date the Court enters an order on dispositive motions.  To date, the parties have not complied.  Accordingly,

IT IS ORDERED that

1. Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than 4:00 p.m., June 22, 2012.  Failure to timely comply will result in the imposition of sanctions up to and including case-dispositive sanctions.

2. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

DATED this 25th day of May, 2012.

_____
Gloria M. Navarro
United States District Judge