**Marquis & Aurbach**
TERRY A. COFFING, ESQ.
Nevada Bar No. 4949
MATTHEW T. CECIL, ESQ.
Nevada Bar No. 9525
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
tcoffing@maclaw.com
mcecil@maclaw.com
  Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WMCV PHASE 3, LLC, a Delaware limited liability company,<br><br>                           Plaintiff,<br><br>        vs.<br><br>SHUSHOK & MCCOY, INC., a Texas corporation; MATTHEW J. TRAVIS, an individual; MATT TURNER, an individual; RICHARD BIRDWELL, an individual; GLOBAL ACCENTS, INC., a California corporation; COUTURE INTERNATIONAL, INC., a Quebec corporation; DOES I through X, inclusive; ROE ENTITIES I through X, inclusive,<br><br>                           Defendants. | Case No.:        2:10-cv-00661-GMN-RJJ |

**MOTION TO STRIKE RICHARD BIRDWELL'S ANSWER AND APPLICATION TO ENTER DEFAULT, OR IN THE ALTERNATIVE MOTION FOR AN ORDER TO SHOW CAUSE WHY RICHARD BIRDWELL'S ANSWER SHOULD NOT BE STRICKEN AND DEFAULT ENTERED**

Plaintiff WMCV PHASE 3, LLC, by and through its attorneys, Marquis Aurbach Coffing, hereby submits this MOTION TO STRIKE RICHARD BIRDWELL'S ANSWER AND APPLICATION TO ENTER DEFAULT, OR IN THE ALTERNATIVE, MOTION FOR AN ORDER TO SHOW CAUSE WHY RICHARD BIRDWELL'S ANSWER SHOULD NOT BE STRICKEN AND DEFAULT ENTERED.

M&A:11320-004 1729235_1 7/6/2012 9:47 AM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

1  **I.     INTRODUCTION.**

2       Defendant Richard Birdwell's Answer should be stricken for failing to participate in this

3  matter as required.  Alternatively, this Court should issue an order to show cause why Richard

4  Birdwell's Answer should not be stricken.

5  **II.    FACTUAL BACKGROUND.**

6       1.     On April 19, 2012, this Court ordered the parties, including Birdwell, to

7  participate in a settlement conference on May 18, 2012 at 8:30 AM, ordering "All counsel of

8  record who will be participating in the trial of this case, all parties appearing pro se, if any, and

9  **all individual parties must be present.   No exceptions are made to this requirement**."

10  (emphasis in original).  ECF No. 124.

11       2.     The Court served the April 19, 2012 Order on Birdwell.  ECF Nos. 124, 125.

12       3.     On May 8, 2012, this Court ordered the settlement conference changed to May 24,

13  2012, at 1:30 PM.  ECF No. 129.

14       4.     On May 9, 2012, the undersigned served Birdwell with the April 19, 2012 Order

15  (ECF No. 124) and with notice that the settlement conference had been changed to May 24, 2012

16  via certified mail.  ECF Nos. 129, 130, 131, 133, and 134.

17       5.     Birdwell did not appear in person or telephonically for the mandatory settlement

18  conference.

19  **III.   LEGAL ARGUMENT.**

20       Birdwell refused to acknowledge this Court's authority and refused to participate in the

21  Court Ordered mandatory settlement conference.  The April 19, 2012 Order required Birdwell's

22  presence at the settlement conference, with **no exceptions**.  Nevertheless, Birdwell did not attend

23  the settlement conference.   There is no point in this Court ordering Birdwell's mandatory

24  presence at the settlement conference, unless a sanction arises for Birdwell's failure to be

25  present.  Consequently, Plaintiff respectfully requests the Court: (1) strike Birdwell's answer

26  from the record; and (2) enter default and allow Plaintiff to proceed with a default judgment

27  against Birdwell.  Alternatively, Plaintiff requests the Court order Birdwell to show cause why

28

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

M&A:11320-004 1729235_1 7/6/2012 9:47 AM

1   this Court should not strike Birdwell's answer and allow Plaintiff to obtain default judgment

2   against him.

3           Dated this 6th day of July, 2012.

4                                 MARQUIS AURBACH COFFING

6                                 /s/ Matthew T. Cecil

7                                 Terry A. Coffing, Esq.
Nevada Bar No. 4949
Matthew T. Cecil, Esq.

8                                 Nevada Bar No. 9525
10001 Park Run Drive

9                                 Las Vegas, Nevada 89145
Attorneys for Plaintiff

M&A:11320-004 1729235_1 7/6/2012 9:47 AM

**MARQUIS AURBACH COFFING**
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am employed with the law firm of Marquis Aurbach Coffing, and that on the ___6th___ day of July, 2012, I electronically filed the foregoing **Motion To Strike Richard Birdwell's Answer And Application To Enter Default, Or In The Alternative, Motion For An Order To Show Cause Why Richard Birdwell's Answer Should Not Be Stricken And Default Entered** with the Clerk of the U.S. District Court for the State of Nevada, using the CM/ECF electronic filing system which will cause the documents to be electronically served upon the following counsel of record:

Michael B. Lee, P.C.
Michael B. Lee, Esq.
2000 South Eastern Ave.
Las Vegas, Nevada 89104
*Attorney for Defendant*
*Global Accents, Inc.*

William R. Urga, Esq.
Jolly Urga Wirth Woodbury & Standish
3800 Howard Hughes Parkway, 16th Floor
Las Vegas, NV 89169
*Attorneys for Defendant*
*Couture International*

I further certify that I served a copy of this document by mailing a true and correct copy thereof, postage prepaid, addressed to:

Matt Turner
c/o Shushok & McCoy, Inc.
2637 Ira E. Woods, Suite 100
Grapevine, TX 76051

Matt Turner
46 Cimarron Dr.
Trophy Club, Texas 76262

Matthew Travis
3300 Tori Trail
Keller, TX 76248

Richard Birdwell
2804 Red Wolf Drive
Fort Worth, TX 76244

Shushok & McCoy, Inc.
2637 Ira E. Woods, Suite 100
Grapevine, TX 76051

_Mary Jo Foreman_
Mary Jo Foreman, an employee of
Marquis Aurbach Coffing

M&A:11320-004 1729235_1 7/6/2012 9:47 AM