CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
LLOYD D. GEORGE U.S. COURTHOUSE
333 LAS VEGAS BLVD. SO. – RM 1334
LAS VEGAS, NV 89101

OFFICIAL BUSINESS

___FILED    ___RECEIVED
___ENTERED___SERVED ON

2012 AUG 15  P 4: 12

2:10CV661

Matt Turner
c/o Shusnek & McCoy, Inc.
2637 Ira E. Woods
Suite 100
Grapevine, TX 76051

NIXIE        760513026-1N    700 08/13/12

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER



Hasler

01GH26...
$01.
07/27...
Mailed From
US POS

**Marquis Aurbach Coffing**
TERRY A. COFFING, ESQ.
Nevada Bar No. 4949
Matthew T. Cecil, ESQ.
Nevada Bar No. 9525
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
tcoffing@maclaw.com
crobinson@maclaw.com
   Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WMCV PHASE 3, LLC, a Delaware limited liability company,<br><br>                                        Plaintiff,<br><br>vs.<br><br>SHUSHOK & MCCOY, INC., a Texas corporation; MATTHEW J. TRAVIS, an individual; MATT TURNER, an individual; RICHARD BIRDWELL, an individual; GLOBAL ACCENTS, INC., a California corporation; COUTURE INTERNATIONAL, INC., a Quebec corporation; DOES I through X, inclusive; ROE ENTITIES I through X, inclusive,<br><br>                                        Defendants.<br><br> | Case No.:      2:10-cv-00661-GMN-RJJ |
| and Related Matters | |

## PRETRIAL ORDER

Following pretrial proceedings in this cause, and pursuant to Local Rule 16-3,

IT IS ORDERED:

I.     **CONCISE STATEMENT OF THE NATURE OF THE ACTION AND THE CONTENTIONS OF THE PARTIES**

   A.     **NATURE OF THE ACTION**

M&A:11320-004 1696019_2 6/22/2012 4:01 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816