## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WMCV Phase 3, LLC, ET AL., )<br>)<br>          Plaintiff(s),  )<br>)<br>v.  )<br>)<br>Couture International, Inc., et al.,  )<br>)<br>          Defendant(s).  )<br>) | CV  2:10-cv-00661-GMN-RJJ<br><br>**DEFAULT** |

It appearing from the records in the above-entitled action that Summons issued on the __Amended__ Complaint __November 4, 2010__
(Original, Amended, etc)  (Date Complaint was filed)

has been regularly served upon each of the Defendants hereinafter named; and it appearing from the affidavit of counsel or Plaintiff and the records herein that each of said Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure,

    Now, therefore, on request of counsel for Plaintiff, the DEFAULT, as aforesaid, of each of the following Defendants __RICHARD BIRDWELL and MATT TURNER__

in the above-entitled action is hereby entered.

DATED: __11/7/2012__                           LANCE S. WILSON, CLERK

                                                          By: __M. JAIME__
                                                                  Deputy Clerk