UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WMCV PHASE 3, LLC, a Delaware limited liability company, | ) ) ) |
| Plaintiff, | ) Case No.: 2:10-cv-00661-GMN-NJK ) |
| vs. | ) **MINUTE ORDER** ) |
| SHUSHOK & MCCOY, INC., et al., | ) ) |
| Defendants. | ) ) |

Pending before the Court is the Motion in Limine to Admit Documents Overruling Plaintiff's Objection (ECF No. 143), filed by Defendant Global Accents, Inc. ("Global Accents"). Plaintiff WMCV Phase 3, LLC ("WMCV Phase 3") filed an Opposition (ECF No. 144). Global Accents filed a Reply (ECF No. 145), and WMCV Phase 3 filed a Motion to Strike the Reply (ECF No. 158). Global Accents requested leave to file a reply in its Response to the Motion to Strike (ECF No. 168).

Although it appears that certain documents in dispute are certainly relevant, Defendant has failed to properly identify those particular documents or provide a sufficient, specific basis for the wholesale admission of all of the documents in question. Thus, the Court **DENIES** the motion, but Defendant is granted leave to renew its motion to admit these documents at trial upon a more proper showing.

**CONCLUSION**

**IT IS HEREBY ORDERED** that the Motion in Limine to Admit Documents Overruling Plaintiff's Objection (ECF No. 143) is **DENIED without prejudice**. The Court grants Defendant leave to make a motion to admit the relevant documents at trial.

**IT IS FURTHER ORDERED** that the Motion to Strike (ECF No. 158) is **DENIED**.

**IT IS FURTHER ORDERED** that Global Accents is granted leave to file its Reply (ECF No. 145).

DATED this 18th day of January, 2013.

_____
Gloria M. Navarro
United States District Judge