**THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
* * * *

<table>
<tr><td>

WMCV PHASE 3, LLC,

                   Plaintiff,

vs.

SHUSHOK & MCCOY, INC., et al.,

                Defendants.

</td><td>

2:10-cv-00661-GMN-NJK

MINUTES OF THE COURT

DATED: June 11, 2013

</td></tr>
</table>

THE HONORABLE <u>GLORIA M. NAVARRO</u>, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: <u>Michael Zadina</u>      COURT RECORDER:  <u>Araceli Bareng</u>

COUNSEL FOR PLAINTIFF: <u>Jason Gerber and Jack DeGree</u>

COUNSEL FOR DEFENDANT: <u>Michael Lee</u>

MINUTES OF PROCEEDINGS: <u>Bench Trial (Day 1)</u>

8:39 a.m.  Court convenes.

Opening statements are presented by Mr. Gerber on behalf of the Plaintiff.

Opening statements are presented by Mr. Lee on behalf of the Defendant.

**JONATHAN LELEU,** called on behalf of the Plaintiff, is sworn and testifies on direct examination by Mr. Gerber.  ***Exhibits 1-33, 533 stipulated, marked, and admitted.***

11:03 a.m.  The Court stands at recess.

11:16 a.m.  The Court reconvenes.

**JONATHAN LELEU,** having previously been sworn, further testifies on cross examination by Mr. Lee, re-direct examination by Mr. Gerber, then is excused.  ***Exhibits 501, 502, 503, 504, 506, 518 marked, but not admitted.***

11:46 a.m.  The Court stands at recess.

1:07 p.m.  The Court reconvenes.

**JACK KASHANI**, called on behalf of the Plaintiff, is sworn and testifies on direct examination by Mr. DeGree, cross examination by Mr. Lee, re-direct examination by Mr. DeGree, then is excused. *Exhibit 534 marked and admitted.*

*Plaintiff rests.*

**DANNY PARTIELLI,** called on behalf of the Defendant, is sworn and testifies on direct examination by Mr. Lee.  *Exhibit 532 marked, but not admitted.*

3:49 p.m.  The Court stands at recess.

4:08 p.m.  The Court reconvenes.

**DANNY PARTIELLI,** having previously been sworn, further testifies on cross examination by Mr. Gerber, re-direct examination by Mr. Lee, then is excused.  *Exhibits 530, 531 marked, but not admitted.*

**IT IS HEREBY ORDERED** the bench trial in this matter is continued to **Wednesday, June 12, 2013 at 10:00 a.m.**

5:03 p.m.  Court adjourns.

LANCE S. WILSON, CLERK
U.S. DISTRICT COURT

BY:_____/S/_____
Michael Zadina, Deputy Clerk