# THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * * *

| | |
|---|---|
| WMCV PHASE 3, LLC,<br><br>           Plaintiff,<br><br>vs.<br><br>SHUSHOK & MCCOY, INC., et al.,<br><br>           Defendants. | 2:10-cv-00661-GMN-NJK<br><br>MINUTES OF THE COURT<br><br>DATED: June 12, 2013 |

THE HONORABLE GLORIA M. NAVARRO, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: Michael Zadina     COURT RECORDER: Araceli Bareng

COUNSEL FOR PLAINTIFF: Jason Gerber and Jack DeGree

COUNSEL FOR DEFENDANT: Michael Lee

MINUTES OF PROCEEDINGS: Bench Trial (Day 2)

9:56 a.m.  Court convenes.

*Defendant rests.*

*Plaintiff waives rebuttal case.*

Plaintiff moves for a directed verdict.  The Court hears arguments from Mr. Gerber and Mr. Lee.  The Court denies Plaintiff's motion for a directed verdict.

**IT IS ORDERED** that Plaintiff's and Defendant's closing briefs are due by **Wednesday, July 10, 2013, at 12:00 p.m.**

The Court finds the matter stands submitted.

10:18 a.m.  Court adjourns.

LANCE S. WILSON, CLERK
U.S. DISTRICT COURT

BY:          /S/
Michael Zadina, Deputy Clerk
