◎AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

WMCV Phase 3, LLC,

                Plaintiff,

**JUDGMENT IN A CIVIL CASE**

V.

Shushok & McCoy, Inc., et al.,

Case Number: 2:10-cv-00661-GMN-NJK

                Defendants.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

  IT IS ORDERED AND ADJUDGED

that Judgment is entered in favor of Global Accents, Inc., for its breach of contract claim against WMCV Phase 3, LLC, and that Global Accents, Inc., is entitled to a damages award in an amount equivalent to reasonable attorneys' fees, costs, and expenses for this action. IT IS FURTHER ORDERED that judgment is entered in favor of WMCV Phase 3, LLC, as to the remaining claims of Global Accents, Inc., against WMCV Phase 3, LLC, and that these claims shall be DISMISSED. IT IS FURTHER ORDERED that judgment is entered in favor of Global Accents, Inc., for the claims of WMCV Phase 3, LLC, against Global Accents, Inc, and that these claims shall be DISMISSED.

December 30, 2013                  /s/ Lance S. Wilson

Date                                Clerk

                                        /s/ Ari Caytuero

                                        (By) Deputy Clerk