UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WMCV Phase 3, LLC, ) | |
| ) | |
| Plaintiff, ) | Case No.: 2:10-cv-00661-GMN-NJK |
| vs. ) | |
| ) | **ORDER** |
| Shushok & McCoy, Inc., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pending before the Court is the Report and Recommendation of United States Magistrate Judge Nancy Koppe. (ECF No. 226.)

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a de novo determination of those portions of the Report to which objections are made. *Id*.  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b).

Here, no objections have been filed, and the deadline to file objections has expired.

Accordingly, and for good cause appearing,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 226) is **ACCEPTED and ADOPTED** in full.

**IT IS FURTHER ORDERED** that the Motion to Set Aside Default (ECF No. 206) is **GRANTED.**

**DATED** this 4th day of March, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court