UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| WMCV PHASE 3, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:10-cv-0661-GMN-NJK |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| SHUSHOK & MCCOY, INC. et al., | ) | |
| | ) | |
| Defendants. | ) | |

Pending before the Court is a Motion for Order Authorizing Withdrawal of Counsel for Defendant Richard Birdwell. Docket No. 256. Attorney Frank Perez represents that Defendant has failed to timely pay existing legal fees. *Id*., at 2.

Having reviewed and considered the matter, and for good cause shown,

IT IS ORDERED:

1. The Motion to Withdraw (Docket No. 256) is **GRANTED**.

2. Defendant Richard Birdwell shall have until July 6, 2014, to retain new counsel, who shall file a notice of appearance in accordance with the Local Rules of Practice, or to inform the Court that he intends to proceed *pro se*.

3. Failure to comply with this Order may result in a recommendation to the District Judge for sanctions, including case-dispositive sanctions.

//

//

4. The Clerk of Court shall add Defendant's address to the docket, and serve a copy of this Order on Defendant at:

>Richard Birdwell
>4100 Midway Rd, Suite 2115
>Carollton, TX 75007

Dated: June 6, 2014.

_____
NANCY J. KOPPE
United States Magistrate Judge