# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WMCV PHASE 3, LLC,<br>　　　　　Plaintiff,<br>vs.<br>SHUSHOK & MCCOY, INC., et al.,<br>　　　　　Defendants. | Case No. 2:10-cv-00661-GMN-NJK<br><br>ORDER<br><br>(Docket No. 266) |

On June 5, 2014, Defendant Richard Birdwell's counsel moved to withdraw as attorney in the instant case. Docket No. 256. On June 6, 2014, the Court, upon finding good cause, granted counsel's motion. Docket No. 257. The Court ordered Defendant Birdwell to either retain new counsel or inform the Court that he intends to proceed *pro se*, no later than July 6, 2014. *Id*., at 1.

On July 1, 2014, Defendant Birdwell filed a motion to notify the Court that he intends to proceed *pro se* in the instant case. Docket No. 266. The Court finds that Defendant Birdwell has therefore complied with the Court's prior Order. As Defendant's notification does not need to be granted by the Court, however, the Court denies the motion as moot and construes it solely as a notice.

IT IS SO ORDERED.

DATED: July 1, 2014.

_____
NANCY J. KOPPE
United States Magistrate Judge