UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WMCV Phase 3, LLC, ) | |
| ) | |
| Plaintiff, ) | Case No.: 2:10-cv-00661-GMN-NJK |
| vs. ) | |
| ) | **ORDER** |
| Shushok & McCoy, Inc., et al., ) | |
| ) | |
| Defendants. ) | |

Pending before the Court is the Report and Recommendation (ECF No. 237) of United States Magistrate Judge Nancy Koppe, regarding the Motion for Attorney Fees (ECF No. 213) filed by Global Accents, Inc. ("Global Accents"). WMCV Phase 3, LLC ("WMCV Phase 3") filed an Objection (ECF No. 341), Global Accents filed an Objection (ECF No. 244) and WMCV Phase 3 filed a Response (ECF No. 246).

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a de novo determination of those portions of the Report to which objections are made. *Id*.  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b).

Here, the Objection (ECF No. 241) of WMCV Phase 3 is based upon two arguments: (1) that WMCV was not a party to the Global Release discussed by the Court in its Order (ECF No. 209); and (2) that Global Accents is not entitled to any costs because its Bill of Costs was untimely, and the Partielli Declaration (ECF No. 213) upon which Judge Koppe awarded costs was insufficient. The Court finds both of these arguments unavailing, and will not reject the findings and recommendation of Judge Koppe on these grounds.

1    The Objection (ECF No. 244) of Global Accents is directed against Judge Koppe's apportionment of fees and rejection of Global Accents' requested blended award.  The Court finds no error in Judge Koppe's determination of fees and the calculation of the appropriate award.  Accordingly, the Court will not reject the findings and recommendation of Judge Koppe on these grounds.  Global Accents also requests additional fees related to the motion and its Objection, which the Court rejects as untimely and inappropriate.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 237) is **ACCEPTED and ADOPTED** in full.

**IT IS FURTHER ORDERED** that the Motion for Attorney Fees (ECF No. 213) is **GRANTED.**  WMCV Phase 3, LLC, shall pay Global Accents, Inc. attorneys' fees in the amount of $32,769.98 plus 5.25% interest from the time of service of the summons and complaint, and costs in the amount of $1,100.

**DATED** this 1st day of August, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court