UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| WMCV Phase 3, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 2:10-cv-0661-GMN-NJK |
| vs. | ) | |
| | ) | **ORDER** |
| Shushok & McCoy, Inc.; *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

Pending before the Court is the case of *WMCV Phase 3, LLC v. Shushok & McCoy, Inc.* (2:10-cv-0661-GMN-NJK). On February 19, 2015, and March 4, 2015, the Court entered three Minute Orders requiring that the parties with pending claims update the Court as to the status of their claims. (ECF Nos. 312, 317, 318). In the Status Reports that were filed,[1] the parties indicated that they no longer wish to pursue their claims. (ECF Nos. 319, 321). Therefore, in the interest of judicial economy, and pursuant to District of Nevada Local Rule 41-1, the Court will dismiss these claims without prejudice.[2]

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff WMCV Phase 3, LLC's claims against Defendant Matthew Travis are **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that Cross Claimant Global Accents, Inc.'s claims against Cross Defendants Matthew Travis, Richard Birdwell, Shushok & McCoy, Inc., and Matt Turner are **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that Defendant Couture International, Inc.'s counter

---

[1] Defendant Couture International, Inc. failed to file a status report as ordered by the Court.

[2] In its Status Report, Plaintiff WMCV Phase 3, LLC indicated that it may seek to pursue its remaining claims if Defendant Matthew Travis fails to make payments over the next fourteen months as required by their settlement agreement. (ECF No. 321). Therefore, the Court will grant leave for Plaintiff to re-file its claims against Defendant Travis if warranted.

claims against Plaintiff WMCV Phase 3, LLC, as well as its claims against Cross Defendants Matthew Travis, Richard Birdwell, Shushok & McCoy, Inc., and Matt Turner are **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that Plaintiff WMCV Phase 3, LLC's Motion to Quash Writ of Execution, (ECF No. 290), is **DENIED** as moot. The Clerk shall enter judgment accordingly and close the case.

**DATED** this 12th day of March, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court